IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICKY BENJAMIN VALLEY,** | 2:07-cv-2701 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondent's application for a 30-day enlargement of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on April 9, 2008.

Dated: 03/13/08                /s/ Gregory G. Hollows
                               U.S. MAGISTRATE JUDGE

vall2701.po2

[Proposed] Order

1