IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICKY BENJAMIN VALLEY,** | 2:07-cv-2701 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, et al.,** | |
| Respondents. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including April 19, 2008.

Dated: 04/10/08            /s/ Gregory G. Hollows
                           United States Magistrate Judge

vall2701.po3

[Proposed] Order

1